UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RAYMOND D. THOMPSON**                                                                 **PLAINTIFF**

**v.**                                  **CASE NO. 4:09-CV-00117 BSM**

**UNIVERSITY OF ARKANSAS AT
LITTLE ROCK; DR. JOEL E.
ANDERSON, UALR Chancellor; UALR
DEPARTMENT OF CHEMISTRY; DR.
FRED BUZEN; DR. JERRY A. DARSEY;
DR. ROBERT E. BELFORD; ROBERT T.
SWINDELL; and SHANE SULLIVAN**                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 25th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE